No. 72–5163. JOHNSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–5165. DZIALAK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5166. HILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5167. PIERCE v. GEORGIA. C. A. 5th Cir. Certiorari denied.

No. 72–5169. LINCOLN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–5171. SIBONGA v. ADMINISTRATOR OF VETERANS AFFAIRS. Ct. App. D. C. Certiorari denied.

No. 72–5172. STEAD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5173. WADDELL v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 72–5174. GODIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5176. TRIBBLET v. SALISBURY, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 72–5177. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5178. DeLUCIA v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 72–5181. LANE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5189. BURKLEY v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.